UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #20-10134-DJC

UNITED STATES

v.

MATTHEW DRAYTON

**AFFIDAVIT OF DARYL SMITH**

Daryl Smith, being duly sworn according to law, hereby says and deposes as follows:

1. My name is Daryl Smith. My date of birth is ███. I live in Boston. My nickname is "Clock". I make this affidavit based on personal knowledge and my best recollection. No one has promised me anything or given me anything or threatened me to get me to execute this affidavit.

2. I know Matthew Drayton. He is a friend of mine. I have known him for approximately 11 years.

3. I am aware that the government has made a claim in this case that Matthew Drayton struck me in the head with a hammer. That never happened.

Signed and sworn under the pains and penalties of perjury this 14 day of October, 2020.

_Daryl Smith_
Daryl Smith