UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>               Plaintiff, )<br>                           )<br>          v. )<br>                           )<br>MATTHEW DRAYTON, a/k/a "Ma," )<br>   a/k/a "Teddy Bear," *et al.*, )<br>              Defendants. ) | Criminal No.: 20-10134-DJC |

## **UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On July 21, 2010, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging Matthew Drayton, a/k/a "Ma," a/k/a "Teddy Bear" (the "Defendant"), and others, with Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846 (Count One).

The Indictment included a Drug Forfeiture Allegation, which gave the Defendant notice that the United States intended to seek forfeiture, pursuant to 21 U.S.C. § 853, upon conviction of the Defendant of the offense set forth in Count One of the Indictment, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

Pursuant to, and without limiting in any manner the Drug Forfeiture Allegation of the Indictment, the United States hereby gives notice that it is seeking forfeiture of, without limitation, the following specific property:

a.   $10,902 in United States currency, seized from 115 Moreland Street, Roxbury, Massachusetts, on or about June 24, 2020.

                                        Respectfully submitted,

                                        ANDREW E. LELLING
                                        United States Attorney

By:   */s/ Rachel E. Goldstein*
      KAITLIN O'DONNELL
      TIMOTHY E. MORAN
      RACHEL E. GOLDSTEIN
      Assistant United States Attorneys
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3100
Dated: December 11, 2020      Rachel.Goldstein@usdoj.gov